The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ZACHARY FIELDS,<br><br>Plaintiffs,<br><br>v.<br><br>KURT R. HALVORSON; DOUBLE D, a commercial fishing vessel (with official no./primary vessel no. 1177329 and hull identification no. MTE1230500805) based at hailing port in Marysville, Washington State,<br><br>Defendants. | No. 2:21−cv−01591−RSM<br><br>STIPULATION AND ORDER TO VACATE THE DEADLINES SET BY THE ORDER SETTING TRIAL DATE AND RELATED DATES<br><br>NOTED FOR CONSIDERATION: JUNE 6, 2022 |

Plaintiff Fields and Defendant Halvorson, by and through their respective counsel of record, hereby stipulate and respectfully request the Court vacate the deadlines set by the Order Setting Trial Date and Related Dates. Counsel for the parties conferred about this matter this afternoon. Defendant withdraws his objection to vacating the deadlines in the Order Setting Trial Dates and Related Dates. The parties will continue to conduct discovery and this stipulation does not limit the parties ability to conduct discovery in accordance with the federal rules.

Good cause exists to vacate the future deadlines set by the Court's prior order because the Court has not yet ruled on Plaintiff's pending Motion to Remand. Plaintiff Fields initially filed this maritime action in Snohomish County Superior Court on October 28, 2021, under cause

STIPULATION AND ORDER TO VACATE THE DEADLINES SET BY THE ORDER SETTING TRIAL DATE AND RELATED DATES
No. 2:21−cv−01591−RSM – 1

GLP ATTORNEYS, P.S., INC.
ATTORNEYS AT LAW
2601 FOURTH AVENUE, FLOOR 6
SEATTLE, WA 98121
(206) 448-1992
FACSIMILE (206) 448-4640

number 21-2-05094-31. On November 24, 2021, Defendant Halvorson filed his Notice of Removal to the United States District Court for the Western District of Washington, under cause number 2:21−cv−01591−RSM. *See Dkt. # 1.*

On December 22, 2021, Plaintiff filed a Motion to Remand and proposed order, noting the motion for consideration on January 28, 2022. *See Dkt. # 8, 8-1.* On January 24, 2022, Defendant filed a Response to Plaintiff's Motion to Remand, along with a proposed order. *See Dkt. # 13, 13-1.* On January 25, 2022, Plaintiff filed a Reply In Support of Motion to Remand. *See Dkt. # 14.* All papers were submitted timely to the Court for the January 28, 2022, hearing date. The parties are currently awaiting the ruling of the motion to remand.

On April 28, 2022, the Court issued its Order Setting Trial Date and Related Dates, noting that Trial starts December 12, 2022. *See Dkt. # 16.* The Motion for Remand remains pending.

In light of the above, the parties hereby stipulate and respectfully request the Court vacate the deadlines set by the Order Setting Trial Date and Related Dates.

DATED this 3rd day of June, 2022.

*/s/ James Gooding*
James F. Gooding, WSBA #23833
GLP Attorneys, P.S., Inc.
2601 4th Ave, Floor 6
Seattle, WA 98121
Phone: (206) 448-1992
Fax: (206) 448-4640
Email: jgooding@glpattorneys.com
*Attorney for Plaintiff*

Eric S. Chavez, WSBA #41676
Kimberly A. West, WSBA #48204
Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 521-5989
Fax: (888) 521-5980
Email: eric@mixsanders.com
kim@mixsanders.com
*Attorneys for Defendant*

STIPULATION AND ORDER TO VACATE THE DEADLINES SET BY THE ORDER SETTING TRIAL DATE AND RELATED DATES
No. 2:21−cv−01591−RSM – 2

**GLP ATTORNEYS, P.S., INC.**
**ATTORNEYS AT LAW**
**2601 FOURTH AVENUE, FLOOR 6**
**SEATTLE, WA 98121**
**(206) 448-1992**
**FACSIMILE (206) 448-4640**

**ORDER**

Pursuant to the parties' stipulation, the Court makes the following order:

The deadlines set by the Order Setting Trial Date and Related Dates are vacated.

IT IS SO ORDERED.

DATED this 22nd day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC FILING**

I HEREBY CERTIFY that on the 6th of June 2022, I electronically filed the above with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

> Eric S. Chavez
> Kimberly A. West
> Mix Sanders Thompson, PLLC
> 1420 Fifth Avenue, Suite 2200
> Seattle, WA 98101
> Attorneys for Defendant

DATED this 6th day of June, 2022.

By: *s/ Shannon Henry*
Shannon Henry, Paralegal
GLP Attorneys, P.S. Inc.

STIPULATION AND ORDER TO VACATE THE DEADLINES SET BY THE ORDER SETTING TRIAL DATE AND RELATED DATES
No. 2:21−cv−01591−RSM – 3

**GLP ATTORNEYS, P.S., INC.**
**ATTORNEYS AT LAW**
**2601 FOURTH AVENUE, FLOOR 6**
**SEATTLE, WA  98121**
**(206) 448-1992**
**FACSIMILE (206) 448-4640**

1
2
3

2601 4th Ave, Floor 6
Seattle, WA 98121
shenry@glpattorneys.com
Phone: 206-448-1992
Fax: 206-448-4640

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

STIPULATION AND ORDER TO VACATE THE
DEADLINES SET BY THE ORDER SETTING
TRIAL DATE AND RELATED DATES
No. 2:21−cv−01591−RSM – 4

**GLP ATTORNEYS, P.S., INC.**
**ATTORNEYS AT LAW**
**2601 FOURTH AVENUE, FLOOR 6**
**SEATTLE, WA  98121**
**(206) 448-1992**
**FACSIMILE (206) 448-4640**